JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENTIN PATRASH,<br><br>          Plaintiff,<br><br>     v.<br><br>WIRELESS PLUS INC., VERIZON WIRELESS SERVICES LLC and MRS BPO, LLC,<br><br>          Defendants. | Case No. 2:26-cv-565 FMO (ACCVx)<br><br>**ORDER RE: STIPULATION [12] TO REMAND MATTER TO STATE COURT** |

1

ORDER
Case No.  2:26-cv-565

## <u>ORDER</u>

**BEFORE THE COURT** is the parties' stipulation to remand this matter to the Superior Court of California, County of Los Angeles (state court case number 25SMCV06452).  (Doc. No. 12.)  After considering the stipulation, **GOOD CAUSE APPEARING,**

1. The parties' stipulation to remand (Doc. 12), is hereby **GRANTED**.

2. The above-captioned matter is **REMANDED** to the Superior Court of California, County of Los Angeles (state court case number 25SMCV06452).

**IT IS SO ORDERED.**

Dated: February 20, 2026                _____/s/_____
                                        Hon. Fernando M. Olguin
                                        United States District Judge

2

ORDER
Case No.  2:26-cv-565